**142 Avenue T**
**Brooklyn, NY 11223**

**January, 19, 2019**

**Paul Semplice**
**1719 Shore Parkway**
**Brooklyn, NY 11214**

Your Honor:

First and foremost I would like to thank you for allowing me to express the relationship I have had with Mr. Semplice over the years. I'm writing this letter in hopes that it will help you to see what kind of person Mr. Semplice really is and what role he has played in my life. Mr. Semplice has been like a father figure to me. His son and I grew up together as we attended the same schools and played on the same sports teams.

I'd like to give you a perspective that shows that he is more than the sum of his actions on the day he committed the crime.

Mr. Semplice would always pick me up and drop me off to and from school. I would stay over his house and his son and I would do our homework, eat snacks, and play video games. He would take his son and I to practice and even served as my mentor and flag football coach at one point. He has always been there for me to guide me through life. He would help me with everything from my batting stance to my basketball shot. He was my moral support at every game cheering me on and inspiring me to be great.

Family dinners at the Semplice household were always special to me and I will cherish them forever. I would share my successes at school and how his son and I excelled academically and Mr. Semplice was proud. He encouraged me during quality family time and it meant so much. His sense of humor was the highlight of my day. He would brighten my mood and he made me feel as if I was part of his family.

Mr. Semplice was kind and nurtured me with love. He would 'bust my chops' in such a playful way and it was heartwarming and hilarious. Sometimes he would even join us in a family game of football. This is when our competitive spirits would come out and we would bring out the best of each other and face off. When the game would end we would shake hands and hug. Sportsmanship and discipline are two qualities that are instilled me because of Mr. Semplice.

He always emphasized and stressed to follow my dreams and to not let anyone or the wrong crowd bring me down. He would share his wisdom and tell me to not cave in to peer pressure, to stay away from drugs and to excel in school. He always said to not be a follower and to not waste my talent. Both his son and I were outstanding academic achievement during our high school years at Xaverian in Bay Ridge, Brooklyn. We celebrated when we graduated with honors. Our hard work had payed off and we were headed on to the next chapter of our lives.

When my parents separated during my first year of college, I was battling depression. It was a difficult time in my life as I was struggling with finals and grieving over the separation of my parents who were married for 25 years. Mr. Semplice would invite me over for pasta and we would have heart to heart conversations. He always assured me that my parents loved me very much and that everything was going to be okay. During the darkest time of my life, he was the light and support that I needed to persevere.

Mr. Semplice is a hard working man and would give the shirt off his back for his loved ones and family. He has been a concrete laborer for decades sacrificing his well being for the betterment and success of his family. He has had a tremendous impact on my life and in our parish Saint Mary Mother of Jesus in Bensonhurst, Brooklyn. Not only has he coached and been an active board member there but he has voluntarily taken our teams on class trips and sports events. He would chaperone and open the gym for us when we wanted to play basketball keeping us off the streets and focused on sports and school. Although Mr. Semplice's outspokenness and sense of humor can be extreme at times, deep down inside he has a big compassionate heart and he is always willing to lend a helping hand. It was evident to me throughout my adolescence. I honestly feel I wouldn't have made it through those difficult times without him.

Your honor, I am fully aware of the gravity of the crime Mr. Semplice was convicted of but I firmly believe it is never too late to start reshaping his wrongdoing and turning a negative situation into a positive. He will learn from his mistake and have a testimony where he will change his life and value people and his loved ones even more than he already had in the past. As you know this is not only Mr. Semplice's first conviction but his first offense. Given his otherwise clean record, as well as his close ties to the community, I strongly believe that a lesser sentence is most appropriate in this situation.

Sincerely,

**Luis Agurto**

January 19, 2019

Lilien Astuto
219 Bay 34th Street
Brooklyn, New York 11214

Your Honor:

   My name is Lilien Astuto, I am proud to offer my personal opinion on who Paul Semplice is and how he has been part of my life.  I have personally known Paul for more than 45 years and we have made a friend/family bond.  Growing up on Bay 34th Street since I was 3 years old, Paul and his family moved on the block when we were about 10 years old.  Our families being from Italy made our friendship a family kind of bond.  We lived on a block with many kids so our parents were very involved with our upbringing.  Paul's siblings, as well as mine, were together for many holidays, Paul was a fun, caring and respectful boy growing up. Our fathers became very close and used to take all the kids out together.  We went to picnics, bowling, movies and family gathering all the time.  The laughter we shared together was priceless.  Paul picked my father as his sponsor for his Confirmation, this is a Holy Catholic Sacrament and as an older man my father felt blessed that a young man would choose him as his sponsor (Godfather), my father loved Paul like the son he never had. He would do anything to help Paul and keep him safe.  My father's dad passed away very unexpectedly when I was 12, we lived in the same home, so we were very close. The night my Grandfather passed away Paul and his family were at my house, I was very emotional, and Paul found me crying. He pulled me aside and told me to be strong and that my father didn't want to see me suffering.  So I put myself together and moved forward.  Paul became the big brother I didn't have.  As we became teenagers, we didn't always do perfect things like maybe cut out of school early to hang out with friends, but we never did anything that got us into trouble. Paul was a fun guy, always ready to help out and caring about how others felt.

   We became adults. Got married and started a family at the same time.  Paul and I have sons of the same age. His son Jonpaul and my son Sal became friends and thanks to Paul coaching flag football they both joined a team together and played flag football together with Paul as their coach.  Paul pulled the team together every week before a game this was about 10-15 boys about 12-14 years of age at his house, he made sure that they had something to eat and went over the game plays.

   Paul's wife Barbara is a wonderful wife and mother.  Barbara and I have become friends and tried to keep the family bond strong.

   As we got older our parents got older too.  Paul's parents moved to Italy for a few years and my father became even closer to Paul.  Paul worked like crazy to give his family everything they needed.  He put both his kids through private school. My father was so proud of Paul.  As my father got older, he became ill with a mind deteriorating disease called dementia. My father forgot who many people were, both family and friends, but all he had to do was hear Paul's voice and his whole being would change, his eyes would light up and he would say open the door my Godson Paul is here.

   Paul has become a family member and a holiday would not go by that both my parents would not expect Paul along with his beautiful family to come by.  My father is no longer here with us but he watches over us all from up above, holding Paul close to his heart as I know Paul holds him too.

   Please give Paul leniency for taking responsibility for his mistake; he is better than you know.

 If there would be any questions feel free to contact me

Regards, *Lilien Astuto*
Lilien Astuto – 917-622-4252

To Your Honor,

My name is Melissa Semplice I am the daughter of Paul Semplice. From the first day my dad was arrested it has made a big impact on my family. Going to court and hearing that he is a danger to the community and a risk of flight. I know the kind of person my father is and for 23 years of my life I have seen nothing but a good, caring and loving father, husband and friend. He has supported my mother, brother and I not only financially but also emotionally. I remember since I was little he would go to work early in the morning and come home late in the rain, snow and heat just to put us through the best education, a roof over out head and food on our plate. My dad coached flag football for my brother and his team of all young kids that looked up to him. He didn't only care about winning but also cared about their academic success and future.

One day on his rehabilitation walk that he received twice a day for 30 minutes we went to walk our dogs the usual streets we walked all the time. This time we went out my dad and I seen a lady with her dog lying on the floor in pain. My dad immediately went over to see if she was okay and called an ambulance for her, meanwhile, other pedestrians were just walking right by her not a care in the world. My dad brought her a bottle of water while waiting for an ambulance to come. He had to leave because his curfew was almost up and he made sure he had enough time to walk back home. I waited with her for the ambulance to come to make sure she was taken care of.

I have many stories like that I can tell you about my father, but I am sure my dad is not in any way a danger to our community. My dad tries to help any which way he can help someone and for that I admire and look up to him in every which way. I am sure my father will never do anything to disobey the law ever again. No human is perfect I am not and neither is he. We all make mistakes we are only human. My father made a mistake and deserves a chance. Please give him leniency.

Sincerely,

Melissa Semplice

To Whom It May Concern:

I am fortunate enough to have made great friends that become like family. Sometimes, you spend more time with them than you do your own family. I have known Paul for 10+ years; his son is one of my childhood friends. I know him to be a funny, loving and charismatic person. He was the cool dad everyone wanted to be around, and always made people feel comfortable. A very giving person, who would give the shirt off of his back to help someone. Family was everything to him, and he was happy if everyone else was. Whenever I would be over, we would watch the Mets game together and talk about baseball. He would come watch us play basketball on Saturday mornings, as well as coach flag football, and was by far, very entertaining on the sidelines. His biggest thing though, was passion and trying your best. I learned a lot over the years from him, that education and hard work will pay off, and to stay the course. Always wanted the best for everyone, and was happy when he saw other people doing well. The advice he has given me will always stick with me, that family is most important and to always be yourself.

Sincerely,  Vincenzo Trimaldi

Dear Judge Chen,

My name is JohnPaul Semplice the son of Paul Semplice. My Father is good and warming person. My father and mother raised me to be the person I am today. My dad is loved by everyone and always wears his heart on his sleeve. He is definitely not a danger to the community as portrayed in court. He is a hard working man that broke his back at work day, night, overtime, snow, and rain just to provide for his family. He did so much that it required titanium plates to be put in his back. My father suffered great pain from this surgery and has had a very hard year recovering while home.  He still needs to recover.  Knowing my dad my whole life I have never seen him display any sort of violence. Describing the kind of father my dad is doesn't need one paper but a book. He is an amazing friend, father, and husband.

I know my father has taken responsibility for his mistakes.  He has suffered on home detention for a long time.  I hope you will consider that and also what a great person he truly is and give a fair sentence.

Sincerely,
JohnPaul Semplice

Your Honor,

My name is Joseph Semplice, and I have been given the opportunity to write on behalf of my uncle, Paul Semplice.  Paul is my father's older brother, and a valued member of our family. As his nephew, I've had the good fortune of literally, growing up with Paul by my side, every step of the way. It brings tears to my eyes, when I think of what a positive impact he has had on my life thus far.

My earliest memories of my uncle are those of him taking me to Coney Island and riding the roller coaster with me, and spending hours outside, freezing, as I watched him coach little league football. As I look back, I realize that Paul has been there for every significant staple in my life. No matter what the situation was, whether it involved school, sports or even job hunting, he was right there coaching me. When I was preparing for my first job interview, My Uncle Paul would even go as far to pose as my perspective employer, so I could practice questions and answers with him. Most importantly though, when I was only five or six years old, I had fallen and needed stitches on my forehead. There was my uncle Paul, calling out my name as he rushed to my side and provided first aid. I will never forget that day. As soon as I saw him, I knew everything would be alright.

Paul Semplice is a kind and caring man. He is his happiest when he is surrounded by his family and friends. I can't remember a single Sunday dinner at my Nonna's, when uncle Paul wasn't present and sharing stories with us in his own special way. His smile and bubbly presence can light up a room. I truly feel one would be hard pressed to find an individual with the level of grace and integrity that my uncle possesses. Paul Semplice is as genuine as they come. I am blessed to have him as an uncle and privileged to call him my friend.

Sincerely, Joseph Semplice

Your Honor,

I am writing with regard to my younger brother, Paul Semplice, whom I have known throughout my life.   Understandably, a reference letter from a relative might be considered biased, but I believe myself to be a good enough judge of character to be able to be honest and fair in my evaluation of his character. You may know about his mistake but not about all the good he has done in his life.

Paul (as well as myself and then younger brother) were brought up in a very happy, yet disciplined religious household of kindness, honesty, loyalty, respect and compassion for others.

My brother Paul is a very kind, compassionate individual, not only with his family but with friends, neighbors and even strangers who might be in need of help.  As just one personal example I have a 25 years old disabled daughter who, because of her disability, has never been able to live a normal, happy life.  She could not go out and have fun like others her age without the help and attention of an adult.  Paul has always been especially sensitive, loving, kind and thoughtful of her by taking her along with his family for dinner, day trips etc. , having to focus his attention on her rather than being able to fully enjoy the time with his family.  He has been especially loving, thoughtful and generous with her as if she was her own daughter.

Paul is also very hardworking family man who always puts the needs of others before his own. He is and has always been loving, loyal, honest, compassionate, generous and considerate person. My daughter and the rest of our family need him home with us. He is the rock of our family.

If you need any further information, please do not hesitate to call.

Respectfully,


Ina Semplice

*Ina Semplice*

Your Honor,

My name is Veronica Semplice I am the daughter in law of Paul Semplice. I married his son this year August 18th, 2018. I know Paul for four years he made me feel comfortable the day I met him. Coming from Italy to live here was a big adjustment but he made me feel like part of the family from the moment I arrived. We were supposed to get married in Italy August 11th, 2018 but plans changed when my father law has been arrested. We had to make change of plans and my father in law was really upset because we had everything planned in Italy already. Things turned around and we decided to get married here to be with both families together. When times were really stressful and pressured he always said don't worry about it you will have a beautiful day. He helped us with the wedding financially when we couldn't make it. He took money out of his annuity to help see his son and I get married. Now he is having us stay in his house supporting us till we save enough money to buy a house. He just wants to see everyone happy and tried to help people any which way he can. My family came from Italy and he was kind enough to take them around everyday to see New York. The four years I have known Paul I know him pretty well. He has a sense of humor and like to joke around with me and I do with him as well. He is a caring person and always with open arms and doors welcoming people into his house like family. I am so happy to have come across such an amazing family that made me feels comfortable and welcomed from the day I met him. I am proud to call him my father in law. Please give him a chance.

Sincerely, Veronica Semplice

To whom it may concern.

My name is Vincent Polizzi and I humbly write this letter to you in the hopes of providing some insight into the man that is Paul Semplice. Last year I married Paul's niece and was honored to call myself his nephew, as if he was an uncle of my own. In the time, I have known Paul he has been nothing if not caring and dedicated to his family and friends alike. I can attest that Paul is an excellent father and husband, and likewise he is a friend like no other. He is a good man and has a big heart with room enough seemingly, for everyone he meets. He has worked hard his entire life to provide for his son, daughter, wife and even his elderly parents.

I am aware of the current legal situation and the charges leveled against Paul. I understand the importance of the law, and how serious these matters are. I sincerely ask for your careful consideration in these upcoming deliberations as Paul's physical and emotional conditions have devolved in such a manner that is of concern to me. He is truly family first and it is clear that his family absolutely needs his support physically and emotionally.

It has been a great hardship for everyone in the Semplice family and I can see that Paul is truly sorry. I worry for him and I worry for them, as their connection is so deep and bonded in his presence. In conjunction, Paul has also had a major surgery in the last year that saw him recovering for the remainder of the year with intense therapy and constant doctor supervision. All of these circumstances have made life for his family that much more difficult, and though they are strong they will need their father and husband in the coming years.

I have faith in the American justice system and the integrity of our courts, my only hope is that there is justice and fairness for Paul Semplice and his family. I hope that going forward my words and those of his family have reflected the man that Paul is and has been his entire life. In conclusion, I truly thank you for your time and consideration in reading my letter.

Best Regards,
Vincent S. Polizzi

To whom it may concern,

My name is Zaira Indelicato-Polizzi and I am writing to plead for your leniency when sentencing Paul Semplice, who is my uncle.

I arrived in America 5 years ago. I will never forget my uncle Paul's warm welcome and support. He made me feel like I was at home right away even though I had just left behind my life in Italy.

My uncle Paul has always been there for me in good times and bad times. When I felt insecure he supported me, he gave me courage and he never left me alone. He is that kind of person that gives you everything without you asking for it. He is very dedicated to his family, whom he loves immensely and provides for them anything they need. He has also been an amazing support to my parents and my sister who arrived in America one month after me. My uncle is and has always been there for us. His personality is truly unique and of a caring nature, he always makes us laugh, he always encourage us and he always helps friends and people in need.

I am aware of the events and I truly believe that has already suffered extensively, and I believe he is truly despondent regarding what he has put our family through. It is my belief that an extended prison sentence will cause significant harm to the health of his aging parents who are my grandparents.

I believe that an extended prison term will serve as a tremendous hardship for him and for the entire family. Because of the significant difficulties that will be faced by our family I would ask for you, the judge, to grant my uncle, Paul Semplice, a sentence of probation or at least the lowest possible sentence.


Thank you for your consideration.
Zaira Indelicato-Polizzi

Your Honor:

My name is Alexandra Semplice and I am writing this letter on behalf of my uncle Paul Semplice. My uncle is not just an uncle to me, but also was chosen to be my godfather and for that I am very thankful and grateful for. I would have chosen him on my own if I were able to speak for myself during my younger years because I would have never found a better candidate to always be there for me if ever needed. My uncle has been a great man, father, and friend to all.  He has always had a heart of gold and never has failed to make me laugh whether I was happy or not. We have always been close and always will.  I love him and know that he is a great and strong man. Our family has always been a strong unit and he was a big contribution to why these ways never have faded away. We are all always there for one another and never would that change. I am happy to see and know my uncle the way I do and care about him immensely. My uncle Paul wishes the best for my life, my future, and my career and never would doubt me on what I am trying to reach in life. I know that he genuinely believes in all that I am and I feel the same about him. He made a mistake and has been paying for it but he is a good person. As stated previously I am blessed to know that he is a second father to me if ever needed and will love him always with all my heart.

Sincerely,

Alexandra Semplice

Your Honor,

Paul Semplice and Barbara are cousins and to me and my wife,  Paul and Barbera are 2 of the most generous and fun to be around people. Paul since I was a kid was a fun guy to be with, from playing sports like tackle football to flag football and football in the street he was always a fun friend to be with and cousin. Growing up Paul was always there like your big brother to make sure you never got in trouble and to make sure I was on the right track with life making sure to stick to going to school. Paul was also very close with my mom and dad, both of our parents come from the same town in Italy so we both come from a very strict back ground , we were always taught to follow a straight line or our fathers made sure we followed a straight line. Paul is great to be around to have some laughs all the time he is a very good cousin and friend. He has 2 beautiful children that adore him for the sacrifices he made hes entire life to make sure his kids had a good life in which we cam see they do, Paul is a hard working, generous,  respectful person. I am proud to him my friend.
I hope you can see what a great person he is and give him leniency for making this mistake so late in life.

Thank you Anthony Grech

January 11, 2019

To Your Honor:

My name is Gary Savarino and I have known Mr. Paul Semplice since he came to America at the age of 5.

We grew up together.  I consider Paul the brother I never had through the years we have grown closer and closer, I was the best man at his wedding.

Paul has always been a good hearted person, he is a family man who got married at a young age and whom has a son and a daughter and a beautiful wife whom he loves dearly.

How many couples today can say they have been happily married for the last 30 years, he is a man who for these last 30 years who got up at 5:30 am and returned home at 5:30 pm in order to provide for his wife and children and to give them the best life possible.

He is a man that has never been arrested before and has never even gotten speeding ticket before this matter.

After 32 years of hard work he was diagnosed with a serious back injury that required over 6 hours of surgery, hopefully the operation proves successful but he is still in rehabilitation.

I am proud to all Paul my cousin and my best friend, he is a soft-spoken kind hearted person whom has respect for everyone he meets.

Your honor I hope you find it in your heart to give Paul leniency as I can guarantee that this is the last you shall hear from Paul Semplice.

Sincerely Yours,

Gary Savino

Nicholas Lieggi
2456 83rd Street
Brooklyn, NY 11214
(646)-262-5078
nlieggi23@gmail.com

January 20th, 2019

Your Honor,

For over twenty years, I have had the privilege of knowing Paul Semplice and his family. Paul's son JohnPaul and I have been best friends since we were in kindergarten. Within the twenty years, we've grown to become family. To me, I didn't consider Paul to be only JohnPaul's father, but someone I looked up to too.

Paul has had many roles in JohnPaul's friend's lives; he has been our football and baseball coach throughout our childhood as well as being a mentor to us throughout our lives. During the years he coached us, Paul always taught us to put our best foot forward. He taught us to always be honest, trustworthy and responsible. He was always so dedicated and willing to help build us to the men we became today. Paul has been part of my life since I was three years old. I have noticed throughout all of my years knowing him how much he will give to anyone in need. He is generous, he is kind, he is loving, he is hardworking, he is a family man, he is community-minded, and he has always been a strong father figure to me.

Paul isn't only a close family friend to me; he is also very close with my family. He has a good relationship with my parents and my younger sister. Paul's wife, Barbara has also had a long friendship with my mother, and Paul's daughter, Melissa has been a very good friend with my sister throughout their lives. We have shared countless milestones together and have celebrated memories that will last a lifetime.

I know in my heart that there is no way that Paul Semplice has done any harm to the community. This community has known and loved Paul for all the years I have known him. I have only known Paul to be the honest and respecting man that he is. I am hoping that this letter, to whom may be reading it, will understand that Paul Semplice isn't the man that the court system portrays him to be. He is a very strong character and has handled this situation with dignity, pride, and respect.

If you have any further questions please do not hesitate to reach out to me. My email address and cell phone number are located at the letterhead.

Sincerely,

Nicholas Lieggi

Gerard & Francesca Dimino
5 Pollack Drive
Marlboro, NJ 07746

December 26, 2018

Re: Paul Semplice

To whom it may concern,

My name is Gerard Dimino and my wife's name is Francesca Dimino.  I am an owner a wealth management firm based in New York and New Jersey and my wife is a homemaker.  My wife and I are both college graduates; in addition I have also graduated from business school.

We have known Paul Semplice for over thirty years.  I have immensely enjoyed spending time with him and his family during this time period.  As younger men we played on the same sports teams together for many years.  Our lives revolved around rooting for one team versus another. Whether it was the Mets vs. Yankees or Jets vs. Giants, our discussions still go on today with no end in sight.

While playing sports we always enjoyed each others honesty during the game.  In addition, we always played by the rules whether it was creating a team or financing a team's dues requirement.

Paul has indeed been charitable to people around him, but more importantly you can see the goodness that he has passed on to his children.  Should you ever get a chance to meet them you would understand.  Paul and his wife Barbara have raised two good and independent adults that have thrived.  Their success is due to Paul and Barbara's commitment to family.

We look forward to spending a lot more time with the Semplice's as our lives are richer and fuller with them.

With best regards,

Gerard A. Dimino

January 24, 2019


Matthew T. Cloth
193 Edwin Street
Staten Island, New York 10312

Re: Paul Semplice


Your Honor,

My name is Matthew Cloth and I am a US Army Combat Veteran. I have personally known Paul Semplice and his family for over 30 years. During this time, I have known him to be kind, compassionate and honest. Paul has always helped others in their time of need. He is a great Father, Husband and Son. I am a very close family friend and can attest to his character. I have seen Paul's kindness first hand. I have watched him help a lot of people in need. For example he has helped me on numerous occasions by donating his time and money during many fund raisers I have had for the VFW and American Legion. I am sure that he has learned from the mistake he has made. I hope that you read this letter and find it in your heart to go lightly on him during his sentencing. I really know that his wife and children really need him and they are going to miss him terribly. So I ask you personally to extend whatever courtesy you can. If you have any questions regarding this letter, please don't hesitate to contact me. I can be reached anytime at (718) 490-3950.


Sincerely yours,

Matthew T. Cloth

To Whom It May Concern:

My name is Anthony Harris and I have been working with Paul
Semplice for 20 plus years. I have to say paulie is the kind of person that
would give the shirt right off his back! He has a heart of gold as long as I've
known him. I must say whenever I would be going through something paulie
would sit and talk with me for hours. Paulie has also helped me through bad
time throughout the years I have been friends with him. Ill say it once again
paulie is a caring and loving person definitely! Ps. Also a man of integrity.
My name is Anthony Harris I Live at 64-34 Catalpa Avenue Ridgewood
N.Y and I would be happy to say this in person if needed.

Thank You,
Anthony Harris

January 9, 2019

To Whom It May Concern,

I have known Mr. Paul Simplice since I was born, as he is my cousin.

As such we have been through the years together for family events.

Paul is like a brother to me who has been there for me in good times and bad.

Sincerely Yours,

*Patricia Argenziano*

Patricia Argenziano

January 9, 2019

To Whom It May Concern,

I have known Mr. Paul Simplice since 1999, as he is my wife Patricia's cousin.

As such through out the years we have been together for many family events.

In that time we have become quite close over the years, and I can say that he has been nothing short of a hardworking family man and a true gentleman.

Paul is the type of friend that we all wish to have, he has stood by us through the good times and more so during our bad times.

Sincerely Yours,

Louis S. Argenziano

January 13, 2019

Re:  Paul Semplice

To Whom It May Concern,

I have known Paul Semplice for 50 years.  He is my cousin, and my friend.   As we grew up together, Paul was more a brother to me than my own brother.  Paul is a loyal, caring and dedicated individual to his family and friends.  The type of guy who would give the shirt off his back.  Paul has a heart of gold, and willing to give pieces of it to those in need, to those he loves, to those he respects.

As we became adults, another dimension was added to Paul's character.  He became a loving husband, father, uncle and father-in-law.  The same qualities that he displayed as a young man were evident in the adult.  He was the family man and the friend's friend. Someone you knew you could depend on when called upon.

To know Paul is to love Paul.

Please do not hesitate to contact me at 917-414-7417 if you have any questions or need other information.

Sincerely,

Joanne Cutugno

Jan 2, 2019

To whom it may concern:

I have known Mr. Paul Semplice
over 30 years. Paul Semplice was
my foreman at work for most of
the years.

I remember prior to him having
children of his own he and his wife
would sponsor a child from the
phillippines. They then had two beautiful
kind children of their own.

Paul has always been very respectful,
kind and compassionate. He called when
my children were born and when my
kids were rushed to the hospital for
emergency surgery. He has always
be kind hearted and a respectable
man.

Although he was from work I felt
I can call him my friend.

Sincerely,

Gioacchino Glacins

1-19-19

To Whom It May Concern,

This letter is collectively written on behalf of Paul Semplice by his co workers.

Most of us have worked with Paulie for over 20 years. We all know him as a hard and conscientious worker.

As a foreman he was always fair looked out for the men on his crew and willing to take the time to help the new guys on the job. We hope you take this into consideration and give Paulie some leniency.

Sincerely,
Luis Corollia

Michael Bantu

Saverio