NY Orthopedics • 130 E 77TH STREET, NEW YORK NY 10075-1831
SEMPLICE, PAUL (id #277906, dob: 09/27/1963)
Case 1:17-cr-00612-PKC   Document 34-2   Filed 03/19/19   Page 1 of 1 PageID #: 158



# NY ORTHOPEDICS

## Return to Work / School

**Patient:** Semplice, Paul
**DOB:** 09/27/1963
**Address:** 1719 Shore Parkway
Brooklyn, NY 11214

**Date:** 01/14/2019
**Patient ID:** 277906

To Whom It May Concern :

This Letter is to inform you that my Patient Paul Semplice under went Lumbar Spinal Fusion Surgury in January 2018. Due to this Mr Semplice can not climb any ladders or any physical work due to his recovery. If you have any questions please feel free to contact my office.

Sincerely,

Electronically Signed by: FIRAS M CHAMAS, MD