

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKM:DGR
F. #2014R00908

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 8, 2019

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Paul Semplice
<u>Criminal Docket No. 17-612 (PKC)</u>

Dear Judge Chen:

The government writes in accordance with the Court's April 8, 2019 Order concerning John Doe #1 and the Crime Victims' Rights Act ("CVRA") notification. After filing of the April 8 Order, the government reviewed the information maintained by the Office for CVRA notification and learned that although John Doe #2's information was included, the government had inadvertently failed to include John Doe #1's notification information.[1]  As a result, while John Doe #2 received CVRA notification of the defendant's sentencing, John Doe #1 did not. The government has corrected this error.

Additionally, on April 8, 2019, the government spoke to John Doe #1's counsel, Jeffrey Einhorn, Esq. to discuss John Doe #1's position on the imposition of the No-Contact Condition being considered by the Court and as to restitution. Mr. Einhorn advised

---

[1]     The government did inform John Doe #1 of the prosecution and was in direct contact with John Doe #1's lawyer during earlier phases of the case.

the government that John Doe #1 does not want the No-Contact Condition to be imposed and informed the government that John Doe #1 does not seek restitution.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/Drew G. Rolle
Drew G. Rolle
Assistant U.S. Attorney
(718) 254-6783

cc:   Allen Frankel, Esq. (Counsel to the defendant) (by ECF)
Clerk of Court (PKC) (by ECF)