ALLEN C. FRANKEL
ATTORNEY AT LAW

---

May 23, 2019

**By ECF**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Paul Semplice, 17 Cr. 612 (PKC)

Dear Judge Chen:

  I write in response to the Court's order denying a modification of Mr. Semplice's bail conditions. While I do not seek reconsideration of the order, it is imperative that I do not leave your Honor with the impression of any possibility that I sought to mislead this Court.

  Based on my joint email communications with Pretrial Services and the government, I believed that Pretrial Services consented to my client's request for the modification as requested. It is unfortunate that there was a misunderstanding between Pretrial Services and me, but I made the application in good faith.

               Respectfully Submitted,

               */s/ Allen C. Frankel*
               *Attorney for Defendant Paul Semplice*

cc: All counsel via ECF

299 BROADWAY, SUITE 1405, NEW YORK, NEW YORK 10007   TEL 212-227-6655   FAX 646-607-8597   ALLENCFRANKEL@MAC.COM