# ALLEN C. FRANKEL
ATTORNEY AT LAW

*Admitted in N.Y. & N.J.*

September 15, 2020

**By ECF**

Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Paul Semplice, 17 Cr. 612 (PKC)</u>

Dear Judge Chen:

    Without objection from Probation, Paul Semplice respectfully requests a limited leave from his Supervised Release condition of home incarceration in order to permit him to attend the baptism in Brooklyn of his great-nephew on September 27, 2020. All of the details, including the location, time, and list of invitees, which consists of family only, have been provided to Probation.

    Senior U.S. Probation Officer Sandford reported that Mr. Semplice has been fully compliant. Thank you for your consideration.

    Respectfully submitted,

    Allen C. Frankel

P.O. Stephen Sandford (*via email*)